In the Matter of the Estate of EDWARD O. DAVIS, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARY ROSE, Respondent, v. HUGO SCHULZ and Others, Appellants.— Judgment and order affirmed, with costs. All concur, except Sawyer, J., not vot'ng. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

STELLA WEIRACH, Appellant, v. AMELIA WERDZINSKI, Sometimes Known as AMELIA PRUSASKI, etc., Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event on the ground that the verdict is contrary to and against the weight of the evidence. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

FRANK SPEICH, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CHARLES A. KUHNS, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CARL DARE, Respondent, v. GRANITE BOND AND MORTGAGE CORPORATION and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MADELINE M. McCALL, Respondent, v. JOHN A. McCALL, Appellant.— Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

SEE COUGHLIN FIRST, INCORPORATED, Appellant, v. CARRIE A. PECK and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

RAYMOND DONHAUSER, Respondent, v. JOSEPH ZENNER, as Sole Trustee of Common School District No. 2 of the Town of Eden, Erie County, New York, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

FRANK SIFKOWITZ, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

OWEN J. DOODY, Appellant, v. JOHN MAHAR and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MARINE TRUST COMPANY OF BUFFALO, Respondent, v. NIAGARA FIRE INSURANCE COMPANY, Appellant, Impleaded with Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.